IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| ADVANCED PLUMBING CORP. | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-43309 |

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on April 12, 2011, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached <u>MOTION FOR ENTRY OF FINAL DECREE</u> will be heard before the Honorable Carol A. Doyle, Bankruptcy Judge at 219 S. Dearborn, Room 742, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Penelope N. Bach**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

### CERTIFICATE OF SERVICE

I, Penelope N. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by First Class US Mail postage prepaid on all parties on the attached service list on April 5.

/s/ Penelope N. Bach

Service List

**Advanced Plumbing Corp.**
521 N. Wolfe Road
Wheeling, Illinois 60090

**United States Trustee**
219 S. Dearborn Street
Chicago, Illinois 60604

**Sheryl A. Fyock**
Latimer LeVay Jurasek LLC
55 West Monroe Street
Suite 1100
Chicago, Illinois 60603

**Attorney General**
State of Illinois          (14726799)
100 West Randolph Street   (cr)
Chicago, IL 60601

**Bank of America**
201 N. Tryon               (14726801)
Charlotte, NC 28255        (cr)

**Bank of America**
475 CrossPoint Parkway     (14726800)
P.O. Box 9000              (cr)
Getzville, NY 14068-9000

**Bank of America**
Attn: Bankruptcy NC4-105-02-99   (14726802)
PO Box 26012                     (cr)
Greensboro, NC 27410

**Citibank USA**
Attn: Centraliized Bankruptcy   (14726803)
PO Box 20507                    (cr)
Kansas City, MO 64195

**CitiBusiness / AAdvantage Card**
PO Box 6235                     (14726804)
Sioux Falls, SD 57117-6235      (cr)

**Citibusiness Platinum Select Card**
P.O. Box 688915                 (14726805)
Des Moines, IA 50368-8915       (cr)

**D. Patrick Mularkey**
Room 7894, JCB Building         (14726806)
555 4th Street N.W.             (cr)
Washington, DC 20001

**Diversified Collection Services Inc**
333 North Canyons Pkwy          (14726807)
Suite 100                       (cr)

**Illinois Department of Employ Sec**  
P.O. Box 19300  
Springfield, IL 62794  
(14726808)  
(cr)

**Illinois Department of Employment**  
33 S State St  
BPC 8th FL  
Chicago, IL 60603  
(14726809)  
(cr)

**Illinois Department of Labor**  
P.O. Box 19300  
Springfield, IL 62794  
(14726810)  
(cr)

**Illinois Department of Revenue**  
Bankruptcy Section  
100 W. Randolph Street  
Chicago, IL 60606  
(14726811)  
(cr)

**Internal Revenue Service**  
P.O. Box 21126  
Philadelphia, PA 19114  
(14726812)  
(cr)

**Internal Revenue Service**  
Mail Stop 5010 CHI  
230 S. Dearborn Street  
Chicago, IL 60604  
(14726813)  
(cr)

**Morton Grove Supply**  
c/0 Atlas & Leviton  
PO Box 894  
Glenview, IL 60025  
(14726814)  
(cr)

**United States Attorney**  
219 S. Dearborn Street  
Chicago, IL 60604  
(14726815)  
(cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 11 |
| | ) | |
| ADVANCED PLUMBING CORP. | ) | JUDGE CAROL A. DOYLE |
| | ) | |
| DEBTOR. | ) | CASE NO. 09-43309 |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **CLASS A PROPERTIES SEVEN, LLC**, by their attorneys PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On November 16, 2009, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 11 of the United States Bankruptcy Code.

2. On October 4, 2010, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. Pursuant to the Confirmed Plan, Debtors' Payments to Advanced Plumbing's creditors (administrative) are to be paid upon approval of the claims by the court.

4. Pursuant to the Confirmed Plan, Debtors' payments to the Advanced Plumbing's creditor has continued and begun.

5. Pursuant to the Confirmed Plan, Debtors' payments to Class 3 creditors (impaired unsecured non priority creditors) has begun, and, as this date has not been completed.

6. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

7. Debtor's requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, Advanced Plumbing, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

Respectfully submitted,
Advanced Plumbing

BY: /s/Penelope N. Bach
One of their attorneys

Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808