UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 09-43309
Advanced Plumbing Corp   )
)   Chapter: 7
)
)   Honorable Carol A. Doyle
)
Debtor(s)   )

**ORDER GRANTING FINAL DECREE**

AT CHICAGO, ILLINOIS in said Division and District before the Honorable Carol A. Doyle, Bankruptcy Judge, this 12th day of Aprilp, 2011:

This matter coming to be heard upon the motion of ADVNACED PLUMBING CORP, Debtors herein, for entry of final decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a final decree; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED: *A final decree is entered*

1. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on October 4, 2010, ~~this Chapter 11 case is closed, and~~

2. This Court expressly reserves jurisdiction for all matters pending before this Court, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: 4/12/11

**Prepared by counsel of Movant:**

Penelope N. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065
847 564 0808

Rev: 20101008_bko